UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS BELLAMY, | : | |
| | : | |
| Plaintiff, | : | NO. 3:10cv1219 (MRK) |
| | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 4, 2012, a Memorandum of Decision entered granting the relief as to the federal law claim and declining to exercise supplemental jurisdiction over the state law claim.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant, Electric Boat Corporation, and the case is closed.

Dated at New Haven, Connecticut, this 5th day of June, 2012.

ROBIN D. TABORA, CLERK
By:

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD:    6/5/2012